UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

T.O., a minor, by and through his mother, )
KATRINA HAYES, )
)
        Plaintiffs, )
)
v. )
) **JUDGMENT**
) No. 5:16-CV-853-FL
CUMBERLAND COUNTY BOARD )
OF EDUCATION; FRANK TILL; SUSAN )
WILLIAMS; and SELINA M. BROOKS, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 13, 2017, and for the reasons set forth more specifically therein, that defendants' motions to dismiss are granted. The plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 13, 2017, and Copies To:**

Katrina Hayes (via U.S. Mail)
James G. Middlebrooks (via CM.ECF Notice of Electronic Filing)
Susannah P. Holloway (via CM.ECF Notice of Electronic Filing)

March 13, 2017                                    PETER A. MOORE, JR., CLERK
                                                               /s/ Susan W. Tripp
                                                               (By) Susan W. Tripp, Deputy Clerk